**TORRE, LENTZ, GAMELL, GARY
    & RITTMASTER, LLP**
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
Tel.: (516) 240-8900
Fax: (516) 240-8950
    By:    Robert Beau Leonard, Esq. (RL 4010)
*Attorneys for Berlin Metals LLC*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| **DANA CORPORATION,** *et al.*, | Case No. 06-10354 (BRL) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEAL UNDER 28 U.S.C. § 158(a)
FROM ORDER ENTERED ON APRIL 25, 2007 BY
BANKRUPTCY JUDGE BURTON R. LIFLAND
VALUING RECLAMATION CLAIMS
<u>FILED IN THE DEBTORS' CHAPTER 11 CASES AT ZERO</u>**

    1.    Berlin Metals LLC ("Berlin") appeals under 28 U.S.C. § 158(a) from an Order dated April 25, 2007 by Bankruptcy Judge Burton R. Lifland valuing all reclamation claims filed in the Debtors' Chapter 11 cases at zero (a copy of which is annexed hereto as Exhibit A), and from the decision referenced therein (a copy of which is annexed hereto as Exhibit B).

    2.    The names of all parties to the Order appealed from and the names addresses, and telephone numbers of their respective attorneys are as follows:

*Attorneys for Debtors:*

Corinne Ball, Esq.
Richard H. Engman, Esq.
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939

Heather Lennox, Esq.
Carl E. Black, Esq.
Ryan T. Routh, Esq.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Jeffrey B. Ellman, Esq.
JONES DAY
1420 Peachtree Street, N.
Suite 800
Atlanta, Georgia 30309-3053
(404) 521-3939

*Conflicts Counsel for Debtors:*

Dean A. Ziehl, Esq.
Robert J. Feinstein, Esq.
Debra I. Grassgreen, Esq.
PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP
780 Third Avenue, 36th Floor
New York, New York 10017-2024
(212) 561-7700

*Attorneys for Air Hydro Power, Inc.:*

Cathy S. Pike, Esq.
WEBER & ROSE, P.S.C.
2400 Aegon Center
400 W. Market Street
Louisville, Kentucky 40202
(502) 589-2200

Wanda Borges, Esq.
BORGES & ASSOCIATE, LLC
575 Underhill Boulevard
Suite 110
Syosset, New York 11791
(516) 677-8200

*Attorneys for Akebono Corporation
and Fanuc Robotics America, Inc.:*

Michael C. Hammer, Esq.
Kristi A. Katsma, Esq.
DICKINSON WRIGHT PLLC
301 E. Liberty, Suite 500
Ann Arbor, MI 48104
Telephone: (734) 623-7075
Facsimile: (734) 623-1625

*Attorneys for American Agip Co., Inc.:*

Richard N. Chassin, Esq.
BECKER, GLYNN, MELAMED & MUFFLY LLP
299 Park Avenue
New York, New York 10171
(212) 888-3033

*Attorneys for Berlin Metals LLC:*

Robert Beau Leonard, Esq.
TORRE, LENTZ, GAMELL, GARY
    & RITTMASTER, LLP
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
Tel.: (516) 240-8900
Fax: (516) 240-8950

*Attorneys for Bronson Precision Products, Inc.
and Tri-Star Engineering, Inc.:*

Christopher Lievois, Esq.
McDONALD HOPKINS LLC
30150 Telegraph Rd., Suite 225
Bingham Farms, MI 48025
Telephone: (248) 646-5070
Facsimile: (248) 646-5075

*Attorneys for Color Box, LLC,
Meritor Heavy Vehicles Systems, LLC,
Meritor Heavy Vehicles Braking Systems [U.S.A.], Inc.,
Meritor Wabco Control Systems, and NSK Corporation:*

Donald J. Hutchinson, Esq.
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Ave., Suite 2500
Detroit, MI 48226
Phone: (313) 496-7536
Fax: (313) 496-8452

*Attorneys for Dofasco Tubular Products Inc.,*
*Dofasco Tubular Products Corporation,*
*Fittings Products Co. LLC,*
*Lake Erie Products Corporation*
*and TRW Automotive, Inc.:*

Sean D. Malloy, Esq.
McDONALD HOPKINS LLC
600 Superior Ave., E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474

*Attorneys for Emhart Technologies and*
*Hydro Aluminum Precision Tubing North America, LLC:*

Mark T. Power, Esq.
Jeffrey Zawadzki
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Tel: (212) 478-7200
Fax: (212) 478-7400

Thomas D. Renda, Esq.
Joel L. Perrell Jr., Esq.
Patricia A. Borenstein, Esq.
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, MD 21202
Tel: (410) 727-6464
email: trenda@milesstockbridge.com

*Attorneys for Grede Corporation*
*and Walker Forge, Inc.:*

Russell S. Long, Esq.
DAVIS & KUELTHAU, S.C.
111 East Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202-6613
Telephone: (414) 225-1456 (direct)
Facsimile: (414) 278-3656 (direct)

*Attorneys for Hain Capital Group, LLC:*

Ira S. Dizengoff, Esq.
Mary Reidy Masella, Esq.
Brian D. Geldert, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

*Attorneys for Iverson Industries, Inc.:*

Dennis W. Loughlin, Esq.
STROBL & SHARP, P.C.
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Tel.: (248) 540-2300
Fax: (248) 645-2690

*Attorneys for Miniature Precision Components, Inc.:*

Marie L. Nienhuis, Esq.
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
(414) 273-3500

*Attorneys for Parker Hannifin Corporation:*

Joseph B. Koczko, Esq.
THOMPSON HINE LLP
335 Madison Avenue
12th Floor
New York, New York 10017-4611
Telephone: (212) 344-5680
Facsimile: (212) 344-6101

*Attorneys for Shaw Industries, Inc.:*

Kirk B. Burkley, Esq.
BERNSTEIN LAW FIRM, P.C.
2200 Gulf Tower
Pittsburgh, P A 15219
(412) 456-8119

*Attorneys for Team Industries, Inc.:*

Harris D. Leinwand, Esq.
350 Fifth Avenue - Suite 2418
New York, NY 10118
(212) 725-7338

*Attorneys for Timken Corporation,*
*Timkin U.S. Corp.,*
*Toyotetsu America, Inc., and*
*Toyotetsu Mid America, LLC:*

James M. Sullivan, Esq.
Gary O. Ravert, Esq.
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173-1922
(212) 547-5477

*Attorneys for Toyota Tsusho America, Inc.:*

Stuart A. Krause, Esq.
Bryan D. Leinbach, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Daido Metal Bellefontaine, LLC:*[1]

Lindsee P. Granfield, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Dated:   Jericho, NY
         May 7, 2007

    Respectfully Submitted,

    TORRE LENTZ GAMELL GARY
       & RITTMASTER, LLP
    *Attorneys for Berlin Metals LLC*

    By: /s/ Robert Beau Leonard
        Robert Beau Leonard (RL 4010)
    100 Jericho Quadrangle, Suite 309
    Jericho, NY 11753
    Tel.: (516) 240-8900
    Fax: (516) 240-8925
    email: rleonard@tlggr.com

---

[1] Daido Metal Bellefontaine, LLC was not named as a party in the footnote on page 2 of the order, but was named as a party in the notice of appeal filed by Toyota Tshusho America, Inc. on May 3, 2007.