# PACHULSKI STANG ZIEHL JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE 212/561 7700
FACSIMILE 212/561 7777

Robert J. Feinstein

October 4, 2007

rfeinstein@pszjlaw.com
(212) 561-7710

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 9 2007
```

October 9, 2007

Application GRANTED
SO Ordered

/s/ Paul Crotty
USDJ

**VIA TELECOPIER**

The Honorable Paul A Crotty,
United States District Judge
Southern District of New York
500 Pearl Street
Room 735
New York, New York 1007

Re:  Toyota Tsusho American, Inc. v. Dana Corporation, Case No. 07 Civ. 4837 (PAC); Hydro Aluminum Tubing North America, LLC v. Dana Corporation, Case No. 07 Civ. 5460 (PAC); Emhart Teknologies, Inc. v. Dana Corporation, Case No. 07 Civ. 5461(PAC); The Timken Corporation, Toyotetsu America, Inc. and Toyotetsu Mid America LLC v. Dana Corporation, Case No. 07 Civ. 5659 (PAC); and Berlin Metals LLC v. Dana Corporation, **Case No. 07 Civ. 5995 (PAC)**

Dear Judge Crotty:

This firm is counsel to Dana Corporation ("Dana"), the appellee in each of the above-captioned appeals currently pending before Your Honor of an Order of the Honorable Burton R. Lifland, United States Bankruptcy Judge, Valuing Reclamation Claims Filed In the Debtors' Chapter 11 Cases at Zero.

Pursuant to a scheduled agreed upon by the parties and approved by Your Honor, the appellants (the "Appellants") in each of the above-captioned appeals filed opening briefs on August 31, 2007. In addition, pursuant to that schedule, Dana was to file its opposition brief on October 15, 2007, and Appellants were to file their reply briefs on November 5, 2007.

**MEMO ENDORSED**

LOS ANGELES
10100 SANTA MONICA BLVD
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE 310/277 6910
FACSIMILE 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE 415/263 7000
FACSIMILE 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
PO BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE 302/652 4100
FACSIMILE 302/652 4400

www.pszjlaw.com

DOCS_NY 13613 1

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

The Honorable Paul A Crotty,
October 4, 2007
Page 2

Because of a scheduling conflict for counsel, Dana respectfully requests that this Court extend the briefing schedule so that Dana's brief will be due on October 29, 2007 and Appellants' reply briefs will be due on November 19, 2007. We have consulted with counsel for the Appellants who have no objection to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

Robert J. Feinstein

RJF/kgb
cc: James M. Sullivan, Esq. (by telecopier)
    Stuart A. Krause, Esq. (by telecopier)
    Mark T. Power, Esq. (by telecopier)
    Robert Beau Leonard, Esq. (by telecopier)

DOCS_NY:13613.1