PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024
Telephone: 212.561.7700
Facsimile: 212.561.7777
Dean A. Ziehl (DZ-6154)
Robert J. Feinstein (RF-2836)
Debra I. Grassgreen (CA Bar No. 169978)
Harry Hochman (CA Bar No. 132515)
Conflicts Counsel for Debtors and Debtors in Possession DANA CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 |
| Dana Corporation, *et al.*, | : (Jointly Administered) |
| Debtors | : Bankruptcy Case No. 06-10354 (BRL) |
| TOYOTA TSUSHO AMERICA, INC.; EMHART TEKNOLOGIES, INC.; HYDRO ALUMINUM PRECISION TUBING NORTH AMERICA, LLC; THE TIMKEN COMPANY, TIMKEN U.S. CORP., TOYOTETSU AMERICA, INC. and TOYOTETSU MID AMERICA, LLC; and BERLIN METALS, LLC, | : District Court Case Nos.<br>: 07-CV-04837<br>: 07-CV-05460<br>: 07-CV-05461<br>: 07-CV-05659<br>: 07-CV-05995 |
| Appellants, | : |
| vs. | : |
| DANA CORPORATION, *et al.*, | : |
| Appellee. | : |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                                              )ss:
COUNTY OF NEW YORK    )

17290-001\DOCS_NY:13795.1

Denise A. Harris, being duly sworn, affirms, deposes and says:

1. I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein.

2. On October 29, 2007, I caused to be served the Appellee's Opening Brief upon the parties listed on the annexed service list by Federal Express an overnight courier.

> s/ Denise A. Harris
> DENISE A. HARRIS

SWORN TO AND SUBSCRIBED before me this
29th day of October, 2007

s/ Thomas J. Brown
Notary Public, State of New York
Registration No. 01BR6160813
Qualified in Queens County
Commission Expires Feb. 12, 2011

## SERVICE LIST

Hahn & Hessen LLP
*Counsel for Emhart Teknologies, Inc.*
*Counsel Hydro Aluminum Precision Tubing North America*
Mark T. Power, Esq.
Jeffrey Zawadzki, Esq.
488 Madison Avenue
New York, NY 10022

Miles & Stockbridge, P.C.
*Counsel for Emhart Teknologies, Inc.*
*Counsel Hydro Aluminum Precision Tubing North America*
Thomas D. Renda, Esq.
Patricia A. Borenstein, Esq.
10 Light Street
Baltimore, MD 21202

Torre, Lentz, Gamell, Gary & Rittmaster, LLP
*Counsel for Berlin Metals LLC*
Robert Beau Leonard, Esq.
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753-2702

Zeichner Ellman & Krause LLP
*Counsel for Toyota Tsusho America Inc.*
Stuart A. Krause, Esq.
Bryan D. Leinbach, Esq.
575 Lexington Avneue
New York, NY 10022

McDermott Will & Emery LLP
*Counsel for the Timken Company, Timken U.S. Corp.,*
 *Toyotetsu America, Inc., Toyotetsu Mid America, LLC*
James M. Sullivan, Esq.
Gary O. Ravert, Esq.
340 Madison Avenue
New York, NY 10173-1944

Taft, Stettinius & Hollister, LLP
*Counsel for Toyotetsu America, Inc.,*
 *Toyotetsu Mid America LLC*
W. Timothy Miller, Esq.
Paige Leigh Ellerman, Esq.
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202