```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 3 1 2007
```

# PACHULSKI STANG ZIEHL & JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE 212/561 7700
FACSIMILE 212/561 7777

Robert J. Feinstein

October 30, 2007

rfeinstein@pszjlaw.com
(212) 561-7710

**VIA TELECOPIER**

The Honorable Paul A Crotty,
United States District Judge
Southern District of New York
500 Pearl Street
Room 735
New York, New York 1007

Re:   Toyota Tsusho American, Inc. v. Dana
      Corporation, Case No. 07 Civ. 4837 (PAC); Hydro
      Aluminum Tubing North America, LLC v. Dana
      Corporation, Case No. 07 Civ. 5460 (PAC);
      Emhart Teknologies, Inc. v. Dana Corporation,
      Case No. 07 Civ. 5461(PAC); The Timken
      Corporation, Toyotetsu America, Inc. and
      Toyotetsu Mid America LLC v. Dana
      Corporation, Case No. 07 Civ. 5659 (PAC); and
      Berlin Metals LLC v. Dana Corporation,
      Case No. 07 Civ. 5995 (PAC)

[Handwritten endorsement:] 10-31-07 Dana may file a 33 page brief. There will be no modification of the reply briefs, notwithstanding Dana's lack of objection to their being supplemental. No request for any further supplementation or extension will be granted. So Ordered. Paul Crotty USDJ.

Dear Judge Crotty:

This firm is counsel to Dana Corporation ("Dana"), the appellee in each of the above-captioned appeals currently pending before Your Honor of an Order of the Honorable Burton R. Lifland, United States Bankruptcy Judge, Valuing Reclamation Claims Filed In the Debtors' Chapter 11 Cases at Zero. Yesterday, Dana filed the identical Appellee's Brief (the "Appellee Brief") in each of the above-referenced actions. That single brief responded to the five appeal briefs filed by appellants.

On August 30, 2007, by endorsed letter, Your Honor granted applications by counsel for Dana and by counsel for The Timken Company, Timken U.S. Corp., Toyotetsu America, Inc., and Toyotetsu Mid America LLC to extend the page limit for

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE 310/277 6910
FACSIMILE 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE 415/263 7000
FACSIMILE 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
PO BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE 302/652 4100
FACSIMILE 302/652 4400

WEB www.pszjlaw.com

DOCS_NY 13803.1

[Side margin:] MEMO ENDORSED

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

The Honorable Paul A Crotty,
October 30, 2007
Page 2

memorandum of law set out in Your Honor's Individual Practices and set a limit of thirty pages for the parties' opening briefs.

Because of an inadvertent internal miscommunication at our office, the Appellee Brief is thirty-three pages rather than thirty. In light of the fact that Dana submitted one appellee brief, rather than five in response to the five appeal briefs filed by appellants, and in light of the fact that Rule 8010(d) of the Federal Rules of Bankruptcy Procedure contemplates that principal briefs "shall not exceed 50 pages," we respectfully request that you authorize Dana to file a thirty-three page Appellee Brief nunc pro tunc. Dana will, of course, have no objection to any requests by appellants to exceed the page limit for their reply briefs. We apologize for the Court for the misunderstanding and for any inconvenience.

Thank you for your consideration of this matter.

Respectfully submitted,

Robert J. Feinstein

RJF/kgb
cc:   James M. Sullivan, Esq. (by telecopier)
      Stuart A. Krause, Esq. (by telecopier)
      Mark T. Power, Esq. (by telecopier)
      Robert Beau Leonard, Esq. (by telecopier)