UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re                                                    07-CV-05995 (PAC)

DANA CORPORATION, *et al.*,                              Chapter 11
                                                         Case No. 06-10354 (BRL)
                              Debtors.                   (Jointly Administered)

-----------------------------------------------------------------x

BERLIN METALS LLC,

                              Appellant,                 NOTICE OF WITHDRAWAL
                                                         OF BANKRUPTCY APPEAL
    - against –

DANA CORPORATION, *et al.*,
                              Appellees.

-----------------------------------------------------------------x

      PLEASE TAKE NOTICE THAT, whereas on November 19, 2007, the Debtors filed in the Bankruptcy Court, in Case No. 06-10354 (BRL), a *Notice of Settlement of Claims and Related Matters with Berlin Metals LLC and J.P. Morgan Chase Bank N.A.* (the "Notice") (Docket No. 6993), and the Debtors and their counsel having represented that they served such Notice in the manner required under the applicable orders of the Bankruptcy Court, and no objection to such Notice having been filed in the Bankruptcy Court by the objection deadline of December 3, 2007, at 4:00 PM, and upon the consent of JPMorgan Chase Bank (the "Bank") as assignee of the claims filed in the Bankruptcy Court by Appellant Berlin Metals LLC against Debtor Dana Corporation and Debtor Reinz Wisconsin Gaskets LLC evidenced at the foot hereof, Appellant Berlin Metals LLC hereby withdraws its Notice of Appeal from the order of the Bankruptcy Court dated April 25, 2007 (valuing the reclamation claim of Berlin at "zero"),

with prejudice in accordance with the terms of the settlement agreement described in such Notice.

Dated:   December 6, 2007

        TORRE, LENTZ, GAMELL, GARY
          & RITTMASTER, LLP
        100 Jericho Quadrangle, Suite 309
        Jericho, NY 11753
        Tel.: (516) 240-8900
        *Attorneys for Appellant Berlin Metals LLC*

        By: _____
            Robert Beau Leonard (RL-4010)
            email: rleonard@tlggr.com

Consented to by:   HOWARD J. GROSSMAN, ESQ.
                      JPMorgan Chase & Co.
                      Legal and Compliance Department
                      One Chase Square, 25th Floor
                      Rochester, NY 14643
                      Tel.: (585) 797-1972

                      KEVIN C. KELLEY, ESQ.
                      JPMorgan Chase &Co.
                      Legal Department
                      270 Park Avenue
                      New York, New York 10017
                      *Attorneys for JPMorgan Chase Bank,*
                      *as Assignee of Berlin Metals LLC*
                      By: _____
                          Kevin C. Kelley (CK-8049)
                          email: kevin.c.kelley@chase.com

TO:   PACHULSKI STANG ZIEHL YOUNG
           JONES & WEINTRAUB, LLP
*Attorneys for Appellees*
780 Third Avenue, 36th Floor
New York, NY 10017-2024
Tel.: (212) 561-7700

2