UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re | 07-CV-05995  (PAC) |
| DANA CORPORATION, *et al.*, | Chapter 11<br>Case No. 06-10354 (BRL) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

| | |
|---|---|
| BERLIN METALS LLC, | |
| Appellant, | NOTICE OF WITHDRAWAL<br>OF BANKRUPTCY APPEAL |
| - against – | |
| DANA CORPORATION, *et al.*, | |
| Appellees. | |

------------------------------------------------------------x

PLEASE TAKE NOTICE THAT, whereas on November 19, 2007, the Debtors filed in the Bankruptcy Court, in Case No. 06-10354 (BRL), a *Notice of Settlement of Claims and Related Matters with Berlin Metals LLC and J.P. Morgan Chase Bank N.A.* (the "Notice") (Docket No. 6993), and the Debtors and their counsel having represented that they served such Notice in the manner required under the applicable orders of the Bankruptcy Court, and no objection to such Notice having been filed in the Bankruptcy Court by the objection deadline of December 3, 2007, at 4:00 PM, and upon the consent of JPMorgan Chase Bank (the "Bank") as assignee of the claims filed in the Bankruptcy Court by Appellant Berlin Metals LLC against Debtor Dana Corporation and Debtor Reinz Wisconsin Gaskets LLC evidenced at the foot hereof, Appellant Berlin Metals LLC hereby withdraws its Notice of Appeal from the order of the Bankruptcy Court dated April 25, 2007 (valuing the reclamation claim of Berlin at "zero"),

with prejudice in accordance with the terms of the settlement agreement described in such Notice.

Dated:   December 6, 2007

                              TORRE, LENTZ, GAMELL, GARY
                                  & RITTMASTER, LLP
                              100 Jericho Quadrangle, Suite 309
                              Jericho, NY 11753
                              Tel.: (516) 240-8900
                              *Attorneys for Appellant Berlin Metals LLC*

                              By: _____
                                  Robert Beau Leonard (RL-4010)
                                  email: rleonard@tlggr.com

Consented to by:    HOWARD J. GROSSMAN, ESQ.
                       JPMorgan Chase & Co.
                       Legal and Compliance Department
                       One Chase Square, 25th Floor
                       Rochester, NY 14643
                       Tel.: (585) 797-1972

                       KEVIN C. KELLEY, ESQ.
                       JPMorgan Chase &Co.
                       Legal Department
                       270 Park Avenue
                       New York, New York 10017
                       *Attorneys for JPMorgan Chase Bank,*
                       *as Assignee of Berlin Metals LLC*
                       By: _____
                          Kevin C. Kelley (KK-8049)
                          email: kevin.c.kelley@chase.com

TO:   PACHULSKI STANG ZIEHL YOUNG
         JONES & WEINTRAUB, LLP
     *Attorneys for Appellees*
     780 Third Avenue, 36th Floor
     New York, NY 10017-2024
     Tel.: (212) 561-7700